**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL PEDRAZA** **PLAINTIFF**
**ADC #155040**

**v.** **No. 4:26-cv-00179-LPR**

**LEWIS YOUNG** **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 16). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant Young's Motion to Dismiss (Doc. 8) is GRANTED. Plaintiff's claims are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief. The Clerk is directed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] In some places, the language of the RD could suggest analysis that went outside the four corners of the operative Complaint. But the Court believes that any such language is either (1) just loose language or (2) extraneous analysis that is unnecessary to the actual relevant legal conclusions that require dismissal of the claims at issue.